Christopher F. Stoll (SBN 179046)
Esta L. Brand (SBN 83329)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-Mail: esta.brand@hellerehrman.com

Timothy D. McMichael (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: +1.206.447.0900
Facsimile: +1.206.447.0849
Email: timothy.mcmichael@hellerehrman.com

Attorneys for PLAINTIFF
SYSTEMS AMERICA, INC.

Jess B. Millikan (SBN 095540)
E-mail: jess.millikan@bullivant.com
Kevin M. (Casey) Christensen (SBN 168119)
E-mail: casey.christensen@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone: +1.415.352.2700
Facsimile: +1.415.352.2701

Attorneys for DEFENDANTS
St. Paul Mercury Insurance Company
And St. Paul Travelers Companies, Inc.
(erroneously sued as "The St. Paul Travelers Company, Inc.")

**E-filed 10/12/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE ST. PAUL TRAVELERS COMPANY, INC., a Minnesota corporation, and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　　　　　　　　　Defendants. | Case No.: C-05-02499 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**The Honorable Jeremy Fogel** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

Private ADR/mediation with a provider to be determined.

The parties agree to exercise best efforts to hold the ADR session by April 30, 2006. The parties believe that pre-mediation discovery will be necessary prior to a meaningful mediation, and agree to cooperate so that such discovery is completed prior to the above deadline. The parties also agree to meet and confer and cooperate should it prove necessary to seek the Court's approval to move the above deadline forward given the progress of discovery over the next several months.

Dated: October 7, 2005     HELLER EHRMAN LLP

By /s/ Esta L. Brand

Attorneys for Plaintiff
SYSTEMS AMERICA, INC.

I hereby attest that I have been authorized by Esta L. Brand to execute on her behalf this Stipulation And [Proposed] Order Selecting ADR Process and that this attestation is executed this 7th day of October, 2005, at San Francisco, California.

By /s/ Kevin M. Christensen

Dated: October 7, 2005     BULLIVANT HOUSER BAILEY PC

By /s/ Kevin M. Christensen

Attorneys for Defendants
ST. PAUL MERCURY INSURANCE COMPANY
AND ST. PAUL TRAVELERS COMPANIES, INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private mediation

Deadline for ADR session:

April 30, 2006.

Dated:   10/11/05            Jeremy Fogel /s/electronic signature authorized
                             _____
                             UNITED STATES DISTRICT COURT JUDGE