Jess B. Millikan, SBN 095540
E-mail: jess.millikan@bullivant.com
Kevin M. (Casey) Christensen, SBN 168119
E-mail: casey.christensen@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

**E-filed 5/1/06**

Attorneys for Defendants The St. Paul
Travelers Company, Inc. and St. Paul Mercury
Insurance Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE ST. PAUL TRAVELERS COMPANY, INC., and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Defendants. | Case No.: C-05-02499 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT PRIVATE MEDIATION AND FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 4, 2006** |

The parties, through their undersigned counsel, stipulate as follows:

1.      At the initial case management conference held on October 28, 2005, the parties agreed, and the Court ordered that best efforts should be exercised to hold a mediation by April 30, 2006. At that time, the parties anticipated that sufficient discovery, investigation of plaintiff's claim, and informal exchange of information could be done prior to that date to enable a meaningful mediation to proceed. The parties, however, recognized the importance of sufficient preparation prior to any mediation to ensure its possible success, and the Court's Order, dated October 12, 2005, specifically included a provision providing for a meet and confer process and request to the Court for additional time for mediation if necessary under the circumstances. See Stipulation and Order Selecting ADR Process, dated October 12, 2005 (the parties agree "to meet and confer and cooperate should it prove necessary to seek the Court's

approval to move the above [ADR] deadline forward given the progress of discovery over the next several months.").

2. Since the initial case management conference, the parties have exchanged initial disclosures, exchanged and responded to document requests, and produced responsive documents. St. Paul has produced approximately 2,000 pages of documents to Systems America, and Systems America is currently producing additional documents in response to St. Paul's document requests.

3. The parties have engaged in significant discovery, but require additional time to analyze and review the documents produced during discovery and to complete their investigations before they are able to engage in a meaningful mediation. The parties therefore mutually agree that participating in a mediation by the April 30, 2006 date set under the prior Order would be unlikely to resolve the case.

4. To ensure a reasonable probability that the mediation will successfully resolve the parties' disputes, the parties jointly request that the Court extend the mediation cut-off date to June 30, 2006.

5. Consistent with the above, the parties also jointly request that the Court continue the May 4, 2006 Further Case Management Conference until July 21, 2006, three weeks after the parties' June 30, 2006 mediation.

6. Having consulted with the Court's Deputy Clerk, the parties file this Stipulation and Proposed Order in lieu of the parties' Case Management Conference Statement.

1  DATED: April 20, 2006

2                                          HELLER EHRMAN LLP

3

4                                          By  *Esta Brand*
                                           ───────────────────
                                           Christopher Stoll
5                                          Esta Brand

6

7                                          Attorneys for Plaintiff Systems America, Inc.

8  DATED: _____

9

10                                         BULLIVANT HOUSER BAILEY PC

11

12                                         By  ───────────────────
                                           Jess B. Millikan
                                           Kevin M. (Casey) Christensen
13

14                                         Attorneys for Defendants St. Paul Mercury
                                           Insurance Company and The St. Paul Travelers
                                           Company
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT PRIVATE MEDIATION:
Case No.: C-05-02499 JF

1  DATED: _____

2                                              HELLER EHRMAN

3

4                                              By _____
                                                  Christopher Stoll
5                                                 Esta Brand
                                                  Timothy McMichael
6
                                               Attorneys for Plaintiff Systems America, Inc.
7

8  DATED:  4/28/06

9
                                               BULLIVANT HOUSER BAILEY PC
10

11
                                               By _____
12                                                Jess B. Millikan
                                                  Kevin M. (Casey) Christensen
13
                                               Attorneys for Defendants St. Paul Mercury
14                                             Insurance Company and The St. Paul Travelers
                                               Company
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT PRIVATE MEDIATION:
Case No.: C-05-02499 JF

**[PROPOSED] ORDER**

Based upon the foregoing stipulation, and good cause appearing therefore, the Court's initial case management order is hereby amended as follows:

(i) The parties shall submit this matter to private mediation on or before June 30, 2006;

(ii) The May 4, 2006 Further Case Management Conference is continued to July 21, 2006.

DATED: 4/27/06

_____
Hon. Jeremy Fogel
United States District Judge

-4-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT PRIVATE MEDIATION:
Case No.: C-05-02499 JF