\*\*E-filed 6/21/06\*\*

Jess B. Millikan, SBN 095540
E-mail: jess.millikan@bullivant.com
Kevin M. (Casey) Christensen, SBN 168119
E-mail: casey.christensen@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants The St. Paul Travelers Company, Inc. and St. Paul Mercury Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE ST. PAUL TRAVELERS COMPANY, INC., and ST. PAUL MERCURY INSURANCE COMPANY, <br><br> Defendants. | Case No.: C-05-02499 JF <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION** |

The parties, through undersigned counsel, stipulate and agree as follows:

1. The parties have agreed, and the Court has ordered, that this matter shall be submitted to private mediation. The existing deadline for submitting the matter to mediation is July 1, 2006.

2. The parties have selected the Honorable Robert Dossee, (Retired) of JAMS. The parties had arranged for a June 21, 2006 mediation date before Justice Dossee. However, as a result of an apparent communication error between counsel's office and Justice Dossee's office, the June 21 date was dropped from Justice Dossee's calendar and is no longer available.

3. The parties have arranged, and confirmed with Justice Dossee, a full day mediation session on July 13, 2006.

6069321.1

-1-

4. The parties respectfully request that the Court extend the time in which this matter may be submitted to a private mediation to July 13, 2006.

5. The parties believe the case management conference set on July 21, need not be changed as a result of the stipulation and the extension of the time in which this matter shall be submitted to private mediation.

SO STIPULATED

DATED: June 20, 2006

                                      HELLER EHRMAN LLP

                                      By  *Esta Brand*
                                      Christopher Stoll  *by Kevin M. Christensen*
                                      Esta Brand  *with express written authority*

                                      Attorneys for Plaintiff Systems America, Inc.

DATED: June 20, 2006

                                      BULLIVANT HOUSER BAILEY PC

                                      By _____
                                      Jess B. Millikan
                                      Kevin M. (Casey) Christensen

                                      Attorneys for Defendants St. Paul Mercury Insurance Company and The St. Paul Travelers Company

### [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that the parties shall submit this matter to private mediation on or before **July 13, 2006.**

DATED: __6/21/06__

                                      _____
                                      Hon. Jeremy Fogel
                                      United States District Judge