**E-filed 11/16/06**

Jess B. Millikan, SBN 095540
E-mail: jess.millikan@bullivant.com
Joye Blanscett, SBN 191242
E-mail: joye.blanscett@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants The St. Paul
Travelers Company, Inc. and St. Paul Mercury
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE ST. PAUL TRAVELERS COMPANY, INC., and ST. PAUL MERCURY INSURANCE COMPANY, <br><br> Defendants. | Case No.: C-05-02499 JF <br><br> **STIPULATION AND [PROPOSED] ORDER FOR REVISED MOTION AND PRE-TRIAL DATES** |

   Since the Case Management Conference on July 21, 2006, the parties have continued to discuss options explored at mediation to narrow issues and to efficiently address the disputes between them, while at the same time preserving their rights to present or defend against the claims asserted in this litigation should trial prove necessary. Toward that end, St. Paul will file by Monday, November 20, 2006 a Motion for Summary Adjudication Re: Application of Policy Limits. Plaintiff may file together with its opposition to Defendants' motion, a cross-motion for summary adjudication on the same issue.

   The parties are informed that the first available hearing date for these motions will be Friday, January 12, 2007. The parties wish to maintain the currently scheduled trial date of April 16, 2007 but they respectfully request a continuance of the pre-trial deadlines pending

resolution of these motions. Specifically, subject to the Court's approval, the parties suggest the following schedule for the motions and all pretrial cut off dates:

  Defendants' Motion to be filed on or before: Monday, November 20, 2006

  Plaintiff's Opposition and any Cross-Motion on the same issue to be filed: Tuesday, December 12, 2006

  Reply in Support of Defendants' Motion and in Opposition to any Cross-Motion to be filed: Friday, December 22, 2006

  Reply in Support of Cross-Motion (if any) to be filed: Friday, December 29, 2006

  Hearing date on Motion and Cross-Motion: Friday, January 12, 2007

  Expert disclosure: January 16, 2007

  Rebuttal expert disclosure: February 15, 2007

  Non-expert discovery cut off: February 15, 2007

  Last day to hear other dispositive motions: March 1, 2007

  Expert discovery cut off: March 15, 2007

  Trial date: April 16, 2007 (unchanged)

DATED: November 14, 2006

  BULLIVANT HOUSER BAILEY PC

  By _____
    Jess B. Millikan
    Joye Blanscett
  Attorneys for Defendants The St. Paul Travelers Company, Inc. and St. Paul Mercury Insurance Company

DATED: November 14, 2006

  HELLER EHRMAN LLP

  By _____
    Angela Niemann (admitted pro hac vice)
    Esta Brand
  Attorneys for Plaintiff Systems America, Inc.

6073390.1

— 2 —

## [PROPOSED] ORDER

Based on the parties' representations above, and good cause appearing therefore, it is hereby ordered that Defendants shall file their Motion for Summary Adjudication Re: Application of Policy Limits on or before Monday, November 20, 2006, and that the following schedule shall apply to this lawsuit. All previously set deadlines are hereby vacated.

Plaintiff's Opposition and any Cross-Motion on the same issue to be filed: Tuesday, December 12, 2006

Reply in Support of Defendants' Motion and in Opposition to any Cross-Motion to be filed: Friday, December 22, 2006

Reply in Support of Cross-Motion (if any) to be filed: Friday, December 29, 2006

Hearing date on Motion and Cross-Motion: Friday, January 12, 2007

Expert disclosure: January 16, 2007

Rebuttal expert disclosure: February 15, 2007

Non-expert discovery cut off: February 15, 2007

Last day to hear other dispositive motions: March 1, 2007

Expert discovery cut off: March 15, 2007

Trial date: April 16, 2007 (unchanged)

Dated: 11/16/06

_____
Hon. Jeremy Fogel
United States District Court Judge