CHRISTOPHER STOLL (Bar No. 179046)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:  415-772-6000
Facsimile:  415-772-6268
Email:  christopher.stoll@hellerehrman.com

ANGELA M. NIEMANN (Admitted Pro Hac Vice)
HELLER EHRMAN LLP
701 Fifth Avenue, Ste. 6100
Seattle, WA 98104
Telephone: 206-447-0900
Facsimile:  206-447-0849
Email: angela.niemann@hellerehrman.com

Attorneys for Plaintiff
Systems America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE ST. PAUL TRAVELERS COMPANY, INC., a Minnesota Corporation, and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota Corporation,<br><br>                    Defendants. | No. C 05 02499 JF<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER FOR REVISED SCHEDULE FOR ST. PAUL'S MOTION FOR SUMMARY ADJUDICATION RE APPLICATION OF POLICY LIMITS |

The parties stipulate to a continuance of the schedule set for hearing on St. Paul's Motion for Summary Adjudication Re: Application of Policy Limits filed on November 20, 2006, and currently pending before the Court.  Since the filing of this motion, the parties have reached a settlement in principle and are working towards a final settlement agreement. In light of their settlement in principle and to avoid unnecessary expense and effort, the

parties request that the schedule for briefing on the pending motion be rescheduled as follows:

    Opposition and any Cross-Motion to be filed: January 5, 2006

    Reply to Motion/Opposition to Cross Motion to be filed: January 19, 2006

    Reply Re: Cross-Motion to be filed: January 26, 2006

    Hearing Date: February 9 at 9:00 a.m.

    All other case dates will remain the same. The parties will immediately notify the Court and file a Stipulation for Dismissal pursuant to F.R.C.P. 41(a)(ii) upon completion of their settlement agreement.

DATED: *Dec 12*, 2006

                                BULLIVANT HOUSER BAILEY PC

                                By *Jess Millikan* per email authorized
                                      Jess B. Millikan
                                      Joye Blanscett
                              Attorneys for Defendants The St. Paul Travelers
                              Company, Inc. and St. Paul Mercury Insurance
                              Company

DATED: *Dec 12*, 2006

                                HELLER EHRMAN LLP

                                By *Angela Niemann*
                                      Angela Niemann (admitted pro hac vice)
                                      Christopher Stoll
                              Attorneys for Plaintiff Systems America, Inc.

STIPULATION AND [PROPOSED] ORDER, CASE NO. C 05 02499 JF

1

**[PROPOSED] ORDER**

2 Based on the parties' representations above, and good cause appearing therefore, it is
3 hereby ordered that the following schedule shall apply to St. Paul's Motion for Summary
4 Adjudication Re Application of Policy Limits. All previously set deadlines are hereby
5 vacated.

6 Opposition and any Cross-Motion to be filed: January 5, 2006

7 Reply to Motion/Opposition to Cross Motion to be filed: January 19, 2006

8 Reply Re: Cross-Motion to be filed: January 26, 2006

9 Hearing Date: February 9 at 9:00 a.m.

10

11 Dated:  12/18/06

12

13 _____
    Hon. Jeremy Fogel
14  United States District Court Judge

15

16

17 [SE 2190941 v1]

18

19

20

21

22

23

24

25

26

27

28