CHRISTOPHER STOLL (Bar No. 179046)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415-772-6000
Facsimile: 415-772-6268
Email: christopher.stoll@hellerehrman.com

ANGELA M. NIEMANN (Admitted *Pro Hac Vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Ste. 6100
Seattle, WA 98104
Telephone: 206-447-0900
Facsimile: 206-447-0849
Email: angela.niemann@hellerehrman.com

Attorneys for Plaintiff
Systems America, Inc.

**E-filed 1/24/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE ST. PAUL TRAVELERS COMPANY, INC., a Minnesota Corporation, and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota Corporation,<br><br>Defendants. | No. C 05 02499 JF<br><br>STIPULATION AND (P~~ROPOSED~~) ORDER FOR DISMISSAL |

The parties have reached a settlement agreement in this matter and hereby stipulate to dismissal of this matter with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

1

STIPULATION AND ORDER FOR DISMISSAL, CASE NO. C 05 02499 JF

DATED: *January 24*, 2007

BULLIVANT HOUSER BAILEY PC

By *Jess Millikan* *By Ann per email authorized*
Jess B. Millikan
Joye Blanscett
Attorneys for Defendants The St. Paul Travelers Company, Inc. and St. Paul Mercury Insurance Company

DATED: *January 24*, 2007

HELLER EHRMAN LLP

By *Angela Niemann*
Angela Niemann (admitted *pro hac vice*)
Christopher Stoll
Attorneys for Plaintiff Systems America, Inc.

2

STIPULATION AND ORDER FOR DISMISSAL, CASE NO. C 05 02499 JF

## ORDER

Based on the parties' representations above, and good cause appearing therefore, it is hereby ordered that this case is dismissed with prejudice without award of attorneys fees and costs to either of the parties.

Dated: 1/24/07

_____
Hon. Jeremy Fogel
United States District Court Judge

[SE 2195046 v1]