*E-filed 10/1/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., | No. C 05-02499 HRL |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY PROTECTIVE ORDER** |
| THE ST. PAUL TRAVELERS, CO. and ST. PAUL MERCURY INSURANCE CO., | |
| | Re: Docket No. 50 |
| Defendants. | |

Plaintiff Systems America, Inc. ("Systems America") moves to modify the Stipulation and Protective Order re Disclosures of Confidential Information as Amended ("Protective Order"). [Docket No. 30]. The modification would permit Plaintiff to produce a limited number of documents, produced in this action subject to the Protective Order, to parties in a collateral litigation also pending before this court.[1] Such documents would be produced pursuant to the protective order in the collateral action. Defendants do not oppose the motion.

As this motion is appropriate for determination without a hearing, the noticed hearing is VACATED.

---

[1] *Systems America, Inc. & Systems America (I) Pvt. Ltd. v. Rockwell Software, Inc. et al,* 03-CV-02232 JF (RS).

1  FURTHER, given the lack of opposition and the reasons set forth in the motion, the
2  Court finds good cause for modification.  Accordingly, Plaintiff's Motion to Modify the
3  Protective Order to allow production of limited documents in the collateral litigation is
4  GRANTED.

6  **IT IS SO ORDERED.**
7  Dated:  10/1/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Joye Blanscett  joye.blanscett@bullivant.com, sanfranciscodocketing@bullivant.com

Alexander L. Brainerd  alexander.brainerd@hellerehrman.com, robin.ramirez@hellerehrman.com

Esta Lynne Brand  ebrand@hewm.com

Kevin M. Christensen  casey.christensen@bullivant.com, #sanfranciscodocketing@bullivant.com, daisy.broyles@bullivant.com

Jess Borden Millikan  jess.millikan@bullivant.com, #sanfranciscodocketing@bullivant.com, debbie.fong@bullivant.com

Christopher Francis Stoll  cstoll@hewm.com

**\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.**

Date:   10/1/07                                    /s/ KRO
                                                   Chambers of Magistrate Judge Howard R. Lloyd